CLOVER CREST STOCK FARM, INC., Respondent, *v.* PACIFIC FIRE INSURANCE COMPANY, Appellant, Impleaded with Another.

*Insurance (fire) — action to recover on policy of fire insurance — defenses of fraud and breach of contract.*

Clover Crest Stock Farm, Inc., v. Pacific F. Ins. Co., 211 App. Div 834, affirmed.

(Submitted November 19, 1926; decided December 3, 1926.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered October 16, 1925, modifying and affirming as modified a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury. The action was to recover on a policy of fire insurance. The defenses were that the policy was procured by false and fraudulent representations and that the terms thereof were breached by plaintiff.

*Thomas F. Rogers* for appellant.

*James O. Sebring* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND. MCLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.